### HARVEY WYNCOOP v. STATE.

No. A-3071.   Opinion filed November 23, 1918.

Appeal from County Court, Oklahoma County;

William H. Zwick, Judge.

Harvey Wyncoop was convicted of violation of the prohibitory liquor laws, and appeals. Affirmed.

Ruth & Tripp, for plaintiff in error.

S. P. Freeling, Atty. Gen., and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. Harvey Wyncoop was convicted in the county court of Oklahoma county of the crime of unlawfully conveying five half-pint bottles of liquor from near the corner of California avenue and Walker street to a point on south Hudson street in the city of Oklahoma City, his punishment being fixed at a fine of $100 and imprisonment in the county jail for a period of 60 days.

The evidence showed that the defendant was seen to walk from a point on California avenue near Walker street in Oklahoma City to a point on south Hudson street between Grand and California avenue, at which latter place he was intercepted and arrested Five half-pints of whisky were found concealed upon his person in five different pockets of his clothing. No defense was interposed in behalf of the defendant

The grounds relied upon for a reversal are purely technical and without substantial merit. The attorneys who represent the plaintiff in error in this court did not defend him in the lower court.

After a careful consideration of the grounds urged for reversal, it is the opinion of this court that the guilt of the defendant is established beyond question of a doubt, and that there is no merit in the contentions urged for reversal.

The judgment of conviction is accordingly affirmed.